# **APPENDIX D**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DION ARMSTEAD, 248951,

    Petitioner,

v.

THOMAS WINN,

    Respondent.
_____/

CASE NO. 2:17-CV-11990

HON. ARTHUR J. TARNOW

MAG. JUDGE PATRICIA T. MORRIS

AFFIDAVIT OF JEROME W. ZIMMER, JR.

STATE OF MICHIGAN    )
                               )ss
COUNTY OF INGHAM    )

    Jerome W. Zimmer, Jr., being first duly sworn, deposes and says:

    1.    That I am Chief Clerk of the Michigan Court of Appeals and make this affidavit in that capacity.

    2.    That I have thoroughly searched the files and records of the Michigan Court of Appeals and find, as of the date of this Affidavit, that an application for leave to appeal has not been filed in reference to the October 9, 2012 Order Denying Defendant's Motion for Relief from Judgment in the Wayne County Circuit Court file number 95-009719-01-FC.

Further Affiant says not.

*[signature]*

Jerome W. Zimmer, Jr., Chief Clerk
Michigan Court of Appeals

Subscribed and sworn to before me this \_11\_ day of July, 2017.

*[signature]*

Mary Lu Hickner, Notary Public
Ingham County, Michigan
My Commission Expires: 09/04/2023

2017-0185840-A

RECEIVED 2017 JUL -7 AM 11:24 COURT OF APPEALS DETROIT OFFICE

RECEIVED 2017 JUL -5 AM 10:31 COURT OF APPEALS LANSING OFFICE