# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 25, 2019

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re: Case No. 18-1425, *Dion Armstead v. Kevin Lindsey*
         Originating Case No. : 2:17-cv-11990

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Jennifer Earl
                Case Manager
                Direct Dial No. 513-564-7066

cc: Mr. Dion Armstead
   Mr. Jared D. Schultz

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 18-1425

_____

Filed: January 25, 2019

DION ARMSTEAD

    Petitioner - Appellant

v.

KEVIN LINDSEY, Warden

    Respondent - Appellee

## MANDATE

   Pursuant to the court's disposition that was filed 01/03/2019 the mandate for this case hereby issues today.

 COSTS: None